**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 25, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ALAN J. HAAG,

    Defendant - Appellant.

No. 18-3255
(D.C. No. 6:18-CR-10086-JWB-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **BACHARACH**, **SEYMOUR**, and **McHUGH**, Circuit Judges.
_____

On September 7, 2018, defendant Alan J. Haag was convicted of a single count

of possession of a firearm by a prohibited person pursuant to 18 U.S.C. §922(g)(1).

Judgment entered on November 28, 2018, and this appeal followed. On July 23, 2019

the parties filed a *Joint Motion for Summary Disposition*. In the *Motion*, the parties

request that we vacate Mr. Haag's conviction in light of *Rehaif v. United States*, 139

S. Ct. 2191 (2019), and that we direct a remand so that the United States may dismiss

_____

[*] The oral argument hearing set originally for September 26, 2019 is vacated,
and all counsel are excused from attendance. In light of this disposition, the panel has
determined unanimously that oral argument would not materially assist in the
determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The
case is therefore ordered submitted without oral argument. This order and judgment
is not binding precedent, except under the doctrines of law of the case, res judicata,
and collateral estoppel. It may be cited, however, for its persuasive value consistent
with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Mr. Haag's 18 U.S.C. §922(g)(1) charge. Upon consideration, the *Motion* is granted as modified in this Order and Judgment.

We grant the parties' request to dispose of this appeal by summary disposition in light of the *Rehaif* decision. We remand, however, with instructions for the district court to vacate the conviction and to allow the United States to dismiss the underlying charge.

The Clerk is directed to issue the mandate forthwith.

Entered for the Court

Per Curiam